**COMMONWEALTH of Pennsylvania,
Respondent,**

v.

**Robert Marcus EDWARDS, Petitioner.**

Supreme Court of Pennsylvania.

June 25, 1999.

### ORDER

PER CURIAM:

**AND NOW,** this 25th day of June, 1999, the Petition for Allowance of Appeal is GRANTED. The Order of the Superior Court is VACATED. This matter is REMANDED to the trial court for an evidentiary hearing pursuant to this Court's decision in *Commonwealth v. Anders*, 725 A.2d 170 (Pa.1999).

**COMMONWEALTH of Pennsylvania,
Respondent,**

v.

**Ryan O. CUPPS, Petitioner.**

Supreme Court of Pennsylvania.

July 1, 1999.

### ORDER

PER CURIAM:

AND NOW, this 1st day of July, 1999, we **GRANT** the Petition for Allowance of Appeal, **VACATE** the ORDER of the Superior Court, and **REMAND** to the trial court for further consideration in light of this Court's decision in *Commonwealth v. Anders*, 725 A.2d 170 (Pa.1999).